IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00690-FDW-DSC

| | |
|---|---|
| LUCY DICKENS, et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| CITIMORTGAGE, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Debra Bogo-Ernst, James Schroeder, and Lucia Nale]" (documents # 5, 6 and 7) filed December 19, 2013. For the reasons set forth therein, the Motions will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving cousel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: December 23, 2013

David S. Cayer
United States Magistrate Judge