UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00690-FDW-DSC

| | |
|---|---|
| LUCY DICKENS and HENRY DICKENS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC.,<br><br>    Defendant. | ORDER |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On August 25, 2014, Plaintiff's Counsel informed the Court telephonically that the instant case settled. On August 26, 2014, the Court was again notified telephonically by Mediator Lane Williamson that the case settled. Accordingly, the Court ORDERS the parties file an agreement for entry of judgment or a stipulation of dismissal within thirty (30) days, or the Court will dismiss the case without prejudice.

IT IS SO ORDERED.

Signed: August 26, 2014

Frank D. Whitney
Chief United States District Judge